# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MIDDLETON, KENNETH L. | ) | Case No. 08-15372-PHX RJH |
| MIDDLETON, SHEROLYN L. | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| | ) | PAYMENT OF UNCLAIMED FUNDS |
| Debtor(s). | ) | TO THE U.S. BANKRUPTCY COURT |
| | ) | |

DALE D ULRICH, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 109 | 2/19/2010 | Michael McCown<br>37979 N Jonathan Street<br>Queen Creek, AZ 85242 | $15.54 |
| 113 | 2/19/2010 | HD Supply Inc.<br>501 W Church Street<br>Orlando, FL 32805 | 9.70 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $ 25.24 to the Clerk of the Court to be deposited in the Registry thereof.

| | |
|---|---|
| June 7, 2010 | /s/ DALE D ULRICH |
| DATE | DALE D ULRICH, TRUSTEE |